S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
SHANNON L. GUSTAFSON – SBN 228856
sgustafson@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for DEFENDANTS COUNTY OF ORANGE AND SHERIFF HUTCHENS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY FELIZ, on behalf of the Estate of Stephen Jeffrey Clevenger and as a Guardian Ad Litem for L.P.F., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF ORANGE, a Governmental Entity, SANDRA HUTCHENS, Orange County Sheriff, Individually and in her Official Capacity, and DOES 1-10,<br><br>Defendant. | CASE NO. SACV 10-1664 CJC(MLGx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Cormac J. Carney – 9B*<br><br><u>DISCOVERY MATTER</u><br>Magistrate Judge Marc L. Goldman<br><br>**[PROPOSED] PROTECTIVE ORDER**<br><br>[Stipulation for Protective Order Submitted Concurrently] |

1
**[PROPOSED] PROTECTIVE ORDER**

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefor, the Court now adopts the parties' Stipulation for Protective Order and enters the same as an ORDER of the Court.

**IT IS SO ORDERED.**

DATED:  April 18, 2011

By:  *MARC L. GOLDMAN*
Marc L. Goldman
UNITED STATES MAGISTRATE