1  RICHARD P. HERMAN, SBN: 53743
   LAW OFFICE OF RICHARD P. HERMAN
2  3723 Birch Street Suite 3
   Newport Beach, CA 92660
3  Telephone: 714-547-8512
   Facsimile: 949-861-8331
4  Email: rherman@richardphermanlaw.com

5  Attorney for Plaintiffs, Lesley Feliz, Guardian Ad Litem
   for L.P.F, a minor individually and on behalf of the Estate
6  of Stephen Jeffrey Clevenger.

7           **UNITED STATES DISTRICT COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
8

9  Lesley Feliz, as Guardian Ad  ) Case: SACV-10-1664
   Litem for L.P.F, a minor and  )
10 for L.P.F, as Successor        ) FIRST AMENDED COMPLAINT FOR
   Interest on behalf the Estate  ) DAMAGES
11 of Stephen Jeffrey Clevenger   )
                                  ) 1. Civil Rights Violations
12 Plaintiffs                     ) [42 U.S. C. § 1983]
                                  )
13 vs.                            ) 2. Wrongful Death
   THE COUNTY OF ORANGE, a        )
14 Governmental Entity, SANDRA    )
   HUTCHENS, Orange County        )
15 Sheriff, Individually and in   ) **JURY DEMAND**
   her Official Capacity, and     )
16 Meghan Clevenger, and J.C.,a   )
   minor and DOES 1-10.           )
17                                )
   Defendants.                    )
18 _____  )
                                  )
19                                )

20              **JURISDICTION AND VENUE**

21      1.   Jurisdiction is vested in this Court under 28

22 U.S.C. § 1343(3)(4) for violations of the 1871 Civil Rights

23 Enforcement Act, as amended, including 42 U.S.C. § 1983 and

24 sections 1331 and 1367(a).

25      2.   Venue is proper in this Central District of

26 California under 28 U.S.C. § 1391(a) and (b). The death

27 occurred in the County of Orange.

28

1

**PARTIES**

2      3.    Plaintiff L.P.F is a minor and is the successor in
3   interest to decedent STEPHEN JEFFREY CLEVENGER, and is
4   entitled to bring the first cause of action herein alleged
5   pursuant to Section 377.30 of the California Code of Civil
6   Procedure ("Estate").

7      4.    Plaintiff L.P.F is a minor, the surviving child
8   of decedent STEPHEN JEFFREY CLEVENGER, she is a resident of
9   Orange County, California. Plaintiff is a minor child and
10  brings this action through her Guardian Ad Litem, LESLEY
11  FELIZ on behalf of C.P.F. individually and on behalf of the
12  Estate of Stephen Jeffrey Clevenger.

13     5.    Defendant COUNTY OF ORANGE (hereinafter "County")
14  is and at all times mentioned herein was, a political
15  subdivision of the United States, organized and existing
16  under the laws of the State of California. Defendant Sandra
17  Hutchens is the Orange County Sheriff, sued individually
18  and in her official capacity (and DOES 1-10)Defendants
19  Meghan Clevenger and minor J.C., are necessary parties and,
20  to date, unwilling Plaintiffs(necessary party defendants)  .

21     6.    A timely claim for damages was filed on behalf of
22  the Plaintiffs with the County of Orange in substantial
23  compliance with Cal. Government Code §910, et seq. As of
24  the date of this filing this Complaint, said claim has been
25  denied by operation of law.

26     7.    Plaintiffs are unaware of the true names and
27  capacities of those Defendants sued herein as DOE
28  Defendants. Plaintiffs will amend this complaint to allege

1 said Defendants' true names and capacities when that
2 information becomes known to them.

3     Plaintiffs are informed, believe, and thereon allege
4 that these DOE Defendants are legally responsible and
5 liable for the incident, injuries and damages hereinafter
6 set forth, and that each of said Defendants proximately
7 caused the injuries and damages by reason of negligent,
8 careless, deliberately indifferent, intentional willful or
9 wanton misconduct, including the negligent, careless,
10 deliberately indifferent, intentional, willful or wanton
11 misconduct in creating and otherwise causing the incidents,
12 and conditions and circumstances hereinafter set forth, or
13 by reason of direct or imputed negligence or vicarious
14 fault or breach of duty arising out of the matters herein
15 alleged.

16     Plaintiffs will seek leave to amend this complaint to
17 set forth said true names and identities of the unknown
18 named DOE Defendants when they are ascertained.

19     8.   Each of the individual Defendants sued herein is
20 sued both in his individual and personal capacity, as well
21 as in his official capacity.

22     9.   Plaintiffs are informed, and believe, and thereon
23 allege that, at all times herein mentioned, each of the
24 Defendants was the agent and/or employee and/or co-
25 conspirator of each of the remaining Defendants, and in
26 doing the things hereinafter alleged, was acting within the
27 scope of such agency, employment and/or conspiracy and with
28 the permission and consent of the other co-defendants.

1    **FACTS COMMON TO ALL CAUSES OF ACTION**

2        10.   This Complaint concerns the death of STEPHEN

3    JEFFREY CLEVENGER in the Orange County Jail on August 29,

4    2010. The decedent STEPHEN JEFFREY CLEVENGER was taken to

5    the Orange County Jail in a depressed state and

6    subsequently committed suicide after being taken off

7    suicide watch due to the lack of care supervision,

8    negligence, and deliberate indifference of the individual

9    Defendants and their employees.

10

11    **FOR THE FIRST CAUSE OF ACTION**

12    **(By All Plaintiffs Against All Defendants(Except Necessary**

13    **Party Defendants) for Violations of Civil Rights [42 U.S.C.**

14    **§1983])**

15        11.   Plaintiffs restate and incorporate by reference

16    the forgoing paragraphs of this complaint as if set forth in

17    full at this point.

18        14.   This cause of action is brought on behalf of

19    STEPHEN JEFFREY CLEVENGER, by and through his Successor in

20    Interest, L.P.F by her guardian ad litem entitled by law to

21    bring this cause of action, and set forth herein to redress

22    the deprivation, under color of statute, ordinance,

23    regulation, policy, custom, practice or usage of a right,

24    privilege, and immunity secured to STEPHEN JEFFREY

25    CLEVENGER, by the Fourth and Fourteenth Amendment of the

26    United States Constitution.

27        15.   This cause of action in addition is brought on

28    behalf of L.P.F, a minor, by and through her Guardian Ad

1 Litem, LESLEY FELIZ, and is set forth herein to redress the
2 deprivation, under color of statute, ordinance, regulations,
3 policy, custom, practice or usage of right, privilege, and
4 immunity secured to L.P.F by the Fourteenth Amendment to the
5 United States Constitution.

6     16.   At all times mentioned herein, the Defendants
7 County of Orange and Sheriff Sandra Hutchens employed the
8 other individual Defendants herein, including DOES 1-10.
9 Said Defendant County of Orange provided its individual
10 Defendant employees and agents with official badges and/or
11 identification cards which designated and described the
12 bearers as employees of the County.

13     17.   During all times herein, the individual
14 Defendants, including DOES Defendants 1-10, and each of
15 them, separately and in concert, acted under color and
16 pretense of law, under color of statutes, ordinances,
17 regulations, policies, practices, customs and usages of the
18 County. Each of the individual Defendants here, separately
19 and in concert, deprived all Plaintiffs of the rights,
20 privileges and immunities secured to them by the Fourteenth
21 Amendment and also to Plaintiff "Estate" the Fourth
22 Amendment to the United States Constitution and by the laws
23 of the United States.

24     18.   Plaintiffs are informed, believe, and therefore
25 allege, that on or about August 29, 2010, heretofore unknown
26 Defendant Officer(s), and employees including DOES 1-10, and
27 Defendant Sheriff Sandra Hutchens of the Orange County
28 Sheriffs Department, acted with deliberate indifference to

1 decedent STEPHEN JEFFREY CLEVENGER constitutional right to
2 life. By causing the death of STEPHEN JEFFREY CLEVENGER,
3 these actions additionally violated Plaintiffs Fourteenth
4 Amendment rights to substantive due process, privacy, as
5 well as their rights to associate with their family member,
6 their right to enjoy the care, companionship, family
7 relationship, and society of their family, and their right
8 to be free from arbitrary and unreasonable government
9 intrusions into their family unit; Defendants, and each of
10 them, intruded upon their family unit with deliberate
11 indifference and in a manner that shocks the conscience,
12 when they failed to preserve the life of the decedent
13 STEPHEN JEFFREY CLEVENGER.

14     19.   The above constitutional violations were
15 proximately caused by the County of Orange and Sheriff
16 Sandra Hutchens deliberate indifference to the maintenance,
17 training, and control of the Orange County Sheriff's
18 Department; and the injuries and constitutional violations
19 set forth herein were proximately caused by the customs,
20 practices, policies and decisions of Defendant County of
21 Orange, and the Orange County Sheriffs Department, including
22 but not limited to, inadequately training and supervising
23 officers with respect to care, and safety of prisoners.

24     20.   Plaintiffs are informed and believe, and thereupon
25 allege, that the County of Orange and the Orange County
26 Sheriff's Department hired, trained, supervised, employed
27 and/or managed the individual Defendant officers, with
28 conscious disregard of and deliberate indifference to the

1 constitutional rights of third parties, and to the safety of
2 decedent STEPHEN JEFFREY CLEVENGER in particular although
3 they noted that decedent was depressed they failed to
4 observe him, they failed to treat him, they failed to take
5 well known obvious steps to prevent him from harming himself
6 or from coming to harm at the hands of others with
7 deliberate indifference to his safety.

8     21.   As set forth in the foregoing paragraphs of this
9 Complaint, the death of STEPHEN JEFFREY CLEVENGER was
10 preventable, but the County of Orange, Sheriff Sandra
11 Hutchens, and the Orange County Sheriff's Department hired,
12 trained, supervised, employed and/or managed the individual
13 Defendant officers, with conscious disregard of and
14 deliberate indifference to the constitutional rights of
15 third parties, and to the safety of decedent STEPHEN JEFFREY
16 CLEVENGER in particular although they noted that decedent
17 was depressed they failed to observe him, they failed to
18 treat him, they failed to take well known obvious steps to
19 prevent him from harming himself or from coming to harm at
20 the hands of others with deliberate indifference to his
21 safety.

22     22.   Plaintiffs are informed and believe and thereupon
23 allege that despite the fact that the County of Orange and
24 Sheriff Sandra Hutchens knew or should have known of the
25 facts that these acts, omissions, decisions, practices,
26 customs and policies, both formal and informal, were being
27 carried out by its agents and employees, the County of
28 Orange and Sheriff Sandra Hutchens has taken no steps or

1 efforts to prevent this course or conduct, nor to make
2 redress to these Plaintiffs, and has failed to take any
3 disciplinary actions whatsoever against any of its employees
4 or agents.

5     23.    The above acts of omission of the Defendants were
6 undertaken while under color of state law and resulted in
7 the violation of all Plaintiffs' constitutional rights, as
8 stated herein. Likewise, the customs, practices, policies,
9 and decisions of the County of Orange alleged herein and as
10 applied to decedent STEPHEN JEFFREY CLEVENGER, resulted in
11 violation of all Plaintiffs' constitutional rights.

12     24.    STEPHEN JEFFREY CLEVENGER had the right to life
13 while in custody, including reasonable treatment and care.
14 These rights and privileges are secured to  STEPHEN JEFFREY
15 CLEVENGER by the provisions of the Fourth Amendment to the
16 United States Constitution, and by the 42 U.S.C. § 1983. All
17 of these interests were implicated by the wrongful conduct
18 of the Defendants which proximately caused the death of
19 STEPHEN JEFFREY CLEVENGER.

20     25.    Plaintiffs also had a Fourteenth Amendment right
21 to  substantive due process, privacy, as well as a
22 fundamental right to associate with their family member, and
23 a right to enjoy the care, companionship, familial
24 relationship, and society of their family member, and a
25 right to be free from arbitrary and unreasonable government
26 intrusions into their family unit. All of these rights and
27 privileges are secured to all Plaintiffs by the provisions
28 of the Fourteenth Amendment to the United States

FIRST AMENDED COMPLAINT FOR CIVIL RIGHTS AND  WRONGFUL DEATH

1 Constitution, and by the 42 U.S.C. § 1983. All of these
2 interest were implicated by the wrongful conduct of the
3 Defendants which proximately caused STEPHEN JEFFREY
4 CLEVENGER death.

5    26.  Each of the individual Defendants, including
6 Sheriff Sandra Hutchens and the County of Orange DOE
7 Defendants acted in concert, acted outside the scope of
8 his/her jurisdiction and without authorization of law and
9 each of the individual Defendants, separately and in
10 concert, acted willfully, knowingly, with reckless disregard
11 and deliberate indifference to the known consequences of
12 their acts and omissions, and purposefully with the intent
13 to deprive Plaintiff and Plaintiff's decedent of their
14 federally protected rights and privileges, and did in fact
15 violate those rights and privileges, entitling Plaintiffs to
16 punitive damages against the individual defendants, in an
17 amount to be proven at the trial of this matter.

18    27.  As a direct and proximate result of the aforesaid
19 acts, omissions, customs, practices, policies and decisions
20 of the Defendants and each of them, Plaintiff and
21 Plaintiff's decedent have suffered great mental and physical
22 plain suffering anguish, fright, nervousness, anxiety,
23 grief, shock, humiliation, indignity, embarrassment,
24 apprehension, and loss of love, comfort, society, solace and
25 support, all to their damage in a sum to be determined at
26 trial. Additionally, Plaintiff has been forced to incur
27 substantial amounts of attorneys' fees and other expenses in
28 the prosecution of the above articulated constitutional

1 violations.

2     28.   As a further result of these acts, Plaintiff
3 "Estate" has lost past and future earnings and wages and the
4 Plaintiff child has suffered the loss of the support and
5 services of decedent in amounts to be determined according
6 to proof at trial.

7     29.   Plaintiffs are entitled to and hereby demand
8 costs, attorney fees and expenses pursuant to 42 U.S.C. §
9 1988.

10               **FOR THE SECOND CAUSE OF ACTION**

11                      **(Wrongful Death)**

12     30.   Plaintiffs restate and incorporate by reference
13 all the forgoing paragraphs of this Complaint as if set
14 forth in full at this point.

15     31.   On August 29, 2010, heretofore all individual
16 defendants including unknown Defendant DOE officer(s), and
17 employees including Defendant DOES 1-10, while acting in the
18 course and scope of their employment with the County of
19 Orange and/or the Orange County Sheriff's Department
20 negligently failed to observe, treat, protect, and care for
21 decedent STEPHEN JEFFREY CLEVENGER while in their custody so
22 that he died from other than natural causes due to the
23 negligence and deliberate indifference of Defendants.

24     32.   Plaintiffs are informed and believe and thereupon
25 allege that Defendants, and each of them, failed to exercise
26 reasonable and ordinary care in coming the acts alleged
27 herein, by actions and inactions which include, but are not
28 limited to, negligence and deliberate indifference, failure

1 to protect the decedent while in custody, failure to render
2 timely medical aid, failure to have provided psychiatric
3 assistance, failure to properly classify the decedent,
4 failure to observe the decedent, failure to notice that the
5 decedent was left behind in her cell all by herself
6 unobserved, failure to make proper checks of the cells,
7 failure to make effective psychological screening, failure
8 to do effective suicide profile screening, failure to house
9 the decedent in an appropriate facility. All of these
10 negligent acts proximately caused the death of STEPHEN
11 JEFFREY CLEVENGER, as described herein.

12    33.   As a proximate result of all of the above
13 mentioned conduct Defendant, and each of them, STEPHEN
14 JEFFREY CLEVENGER committed suicide on August 29, 2010.

15    34.   As a proximate result of the death of the decedent
16 and the above-described conduct of County Defendants, and
17 each of them, Plaintiffs have sustained substantial economic
18 and non-economic damages resulting from the loss of the
19 love, comfort, society, attention, solace, advise, training,
20 guidance, and services of decedent (and as to Plaintiff
21 children support) in an amount according to proof at trial.

22    35.   As a proximate result of the death of the
23 decedent and the above-described conduct of Defendants, and
24 each of them, Plaintiff's "Estate" has lost past and future
25 wages arising out of the death of decedent, and the loss of
26 earnings capacity of the decedent in an amount according to
27 proof at trial.

28

FIRST AMENDED COMPLAINT FOR CIVIL RIGHTS AND WRONGFUL DEATH

**JURY DEMAND**

Plaintiffs hereby demand that a jury be empaneled for the trial of this matter.

**WHEREFORE**, Plaintiffs pray for judgment against all Defendants except necessary party defendants as follows:

1.   For general damages in an amount to be determined according to proof at trial;

2.   For costs of the suit incurred herein;

3.   For punitive damages against the individual Defendants in an amount to be determined according to proof at trial;

4.   For attorneys' fees and expert witness fees incurred herein; and

5.   For such other and further relief as the Court deems just and proper.

DATED: December 19, 2011                    Respectfully submitted,

                                        By:  _____
                                             RICHARD P. HERMAN
                                             Attorney for Plaintiffs

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand that this matter be tried before a jury.

DATED: December 19, 2011                    Respectfully submitted,

                                        By:  _____
                                             RICHARD P. HERMAN
                                             Attorney for Plaintiffs

FIRST AMENDED COMPLAINT FOR CIVIL RIGHTS AND WRONGFUL DEATH