S. FRANK HARRELL – SBN 133437
sharrell@lynberg.com
SHANNON L. GUSTAFSON – SBN 228856
sgustafson@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for DEFENDANTS COUNTY OF ORANGE AND SHERIFF HUTCHENS

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY FELIZ, on behalf of the Estate of Stephen Jeffrey Clevenger and as a Guardian Ad Litem for L.P.F., a minor,<br><br>         Plaintiff,<br><br>   vs.<br><br>THE COUNTY OF ORANGE, a Governmental Entity, SANDRA HUTCHENS, Orange County Sheriff, Individually and in her Official Capacity, and DOES 1-10,<br><br>         Defendant. | CASE NO. SACV 10-1664 CJC(MLGx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Cormac J. Carney – 9B*<br><br>**JUDGMENT** |

1
**JUDGMENT**

In accordance with the Court's March 13, 2012, Minute Order granting partial summary judgment in favor of Defendants as to Plaintiff's federal §1983 claims:

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment as to Plaintiff's §1983 claims is entered in this action as follows:

1. Plaintiffs shall recover nothing from Defendants as to Plaintiffs' §1983 claims;

2. Defendants shall have judgment in their favor against Plaintiff as to Plaintiffs' §1983 claims;

3. Defendants shall recover from Plaintiffs their costs of suit as to Plaintiffs' §1983 claims; and

4. The Court declines to exercise supplemental jurisdiction as to Plaintiffs' wrongful death claim brought pursuant to California law.

**IT IS SO ORDERED.**

DATED: May 17, 2012

By: _____
**HON. CORMAC J. CARNEY**
United States District Judge

2
**JUDGMENT**